**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-0039-PSF-CBS

PATRICK E. DONAHUE,

Plaintiff,

v.

VERICEPT CORPORATION, f/k/a eSNIFF,
TERY LARREW and BRUCE CHITTENDEN,

Defendants.

---

MINUE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      Defendants' Request to Have One Representative Participate in Settlement Conference by Telephone [filed July 5, 2005] is GRANTED.

DATED: _____