IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00039-PSF-CBS

PATRICK E. DONAHUE,

    Plaintiff,

v.

VERICEPT CORPORATION, f/k/a eSniff,
TERY LARREW, and
BRUCE CHITTENDEN,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that a response to Defendants' Request to Have One Representative Participate in Settlement Conference by Telephone (filed on July 6, 2005) is due no later than **5:00 p.m. (Mountain Time) on July 7, 2005**.

It is further **ORDERED** that when filing documents with the court, counsel are required to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P. ), the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR. ) and District of Colorado Electronic Case Filing Procedures (ECF PROCEDURE). **Counsel is particularly instructed to note ECF PROCEDURE V.L.** (Proposed Orders).

**DATED:**    July 6, 2005