IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00039-PSF-CBS

PATRICK E. DONAHUE,

    Plaintiff,

v.

VERICEPT CORPORATION, f/k/a eSniff,
TERY LARREW, and
BRUCE CHITTENDEN,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that upon the review of the settlement statements submitted by the parties in preparation for the settlement conference, the settlement conference set for July 11, 2005, has been **VACATED**, as premature.

In light of the court vacating the settlement conference, Defendant's Request to Have One Representative Participate in Settlement Conference by Telephone (filed July 6, 2005; *doc. no. 13-1*) is **DENIED**, as moot.  Further,

Defendants' Motion for Order (filed July 6, 2005; *doc. no. 14*) is **STRICKEN** from the record.  Counsel is instructed to review Electronic Case Filing Procedure V.L.1.

**DATED:**    July 11, 2005