IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00039-PSF-CBS

PATRICK E. DONAHUE,

    Plaintiff,

v.

VERICEPT CORPORATION, f/k/a eSniff;
TERY LARREW; and
BRUCE CHITTENDEN,

    Defendants.

---

## ORDER OF DISMISSAL

---

    This matter is before the Court on the parties' Stipulation for Dismissal (Dkt. # 50) in this case with prejudice under Rule 41(a)(1) of the Federal Rules of Civil Procedure. The Court being fully advised in the premises, it is hereby

    ORDERED that this action is DISMISSED with prejudice, each party to bear its own costs.

    DATED: January 24, 2006

                                                    BY THE COURT:

                                                    *s/ Phillip S. Figa*
                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge